UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  **06-21982-CIV-MARTINEZ-BANDSTRA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT ROUSSEAU,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the Plaintiff's Motion to Dismiss (**D.E. No. 4**), filed on **September 28, 2006**.  Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  This Court shall retain jurisdiction to enforce the terms of settlement.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record